AP-77,046
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/26/2015 2:04:31 PM
Accepted 3/26/2015 2:07:59 PM
ABEL ACOSTA
CLERK



**Bluhm Legal Clinic**
Northwestern Law

Thomas F. Geraghty, Director

**ASSOCIATE DIRECTOR**
Steven A. Drizin

**DIRECTOR, ADMINISTRATION & FINANCE**
Shericka Pringle

**APPELLATE ADVOCACY CENTER**
Sarah O'Rourke Schrup, Director

**BARTLIT CENTER FOR TRIAL ADVOCACY**
Steven Lubet, Director
Robert P. Burns

**CENTER FOR CRIMINAL DEFENSE**
Jeffrey Urdangen, Director
Jennifer R. Soble

**CENTER FOR INTERNATIONAL
HUMAN RIGHTS**
David J. Scheffer, Director
Sandra Babcock, Clinical Director
Bridget Arimond, Director, LLM Program
Stephen Sawyer
Juliet Sorensen

**CENTER ON NEGOTIATION
AND MEDIATION**
Lynn P. Cohn, Director
Alyson Carrel
Daniel Gandert

**CENTER ON WRONGFUL CONVICTIONS**
Robert Warden, Executive Director
Steven A. Drizin, Legal Director
Karen L. Daniel
Laura Nirider
Jane E. Raley
Joshua Tepfer

**CHILDREN AND FAMILY JUSTICE CENTER**
Julie Biehl, Director
Bernardine Dohrn
Alison Flaum
Carolyn E. Frazier
Shobha Mahadev
Marjorie Moss
Uzoamaka Emeka Nzelibe

**CIVIL LITIGATION CENTER**
John S. Elson, Director
Laurie Mikva

**ENTREPRENEURSHIP LAW CENTER**
Esther Barron, Director
Stephen Reed

**ENVIRONMENTAL ADVOCACY CENTER**
Nancy Loeb, Director

**INVESTOR PROTECTION CENTER**
J. Samuel Tenenbaum, Director

**RODERICK AND SOLANGE MACARTHUR
JUSTICE CENTER**
Locke E. Bowman, Director
Joseph Margulies
Sheila Bedi
David M. Shapiro
Alexa Van Brunt

FILED IN
COURT OF CRIMINAL APPEALS

March 26, 2015

ABEL ACOSTA, CLERK

March 26, 2015

**Via ECF**

Hon. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: *Skinner v. State*, **No. AP-77,046**
   **Submission date: April 14, 2015**

Dear Mr. Acosta:

I will present oral argument on Mr. Skinner's behalf in the above-styled cause.

Sincerely,

/s/ Robert C. Owen

ROBERT C. OWEN
Texas Bar No. 15371950
312.503.0135 voice
312.503.8977 facsimile
robert.owen@law.northwestern.edu
Counsel for Henry W. Skinner

cc: Katherine D. Hayes
    Assistant Attorney General
     katherine.hayes@texasattorneygeneral.gov

   Franklin McDonough
   District Attorney 31st Judicial District
   Franklin.McDonough@graycch.com

Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois 60611-3069
Phone: 312.503.8576; Fax 312.503.8977
www.law.northwestern.edu/legalclinic/